United States Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT W. MAZIAR, ) | |
| ) | CIVIL NO. C09-5224RJB/KLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR SPELLING CHANGE OF |
| MICHAEL J. ASTRUE, ) | PLAINTIFF'S LAST NAME |
| Commissioner of Social Security, ) | |
| ) | Clerk's Action Required |
| Defendant. ) | |

Based on Plaintiff's Stipulation for Spelling Change of Plaintiff's Last Name and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's last name shall be spelled MAZIAR which name shall be used from this point forward.

DATED this 26th day of June, 2009.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

S/Elie Halpern,
Elie Halpern, WSBA #1519
Attorney for Plaintiff

ORDER FOR SPELLING CHANGE OF
PLAINTIFF'S LAST NAME- 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055