# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT W. MAZIAR

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5224RJB/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     That the above captioned case be REVERSED and REMANDED to the Commissioner for further hearing, pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and expenses should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
|   October 21, 2009 |      BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *  s/CM Gonzalez* |
| | Deputy Clerk |